1  COREY B. BECK, ESQ.
   Nevada Bar No. 005870
2  425 South 6th Street
   Las Vegas, Nevada 89101
3  Phone:(702) 678-1999
   Fax:(702) 678-6788
4  www.becksbk@yahoo.com

5  Attorney for Debtors

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | |
| ) | BK-S-10-30390-MKN |
| CESAR ESTRADA ) | Chapter 7 |
| JAQUELINE ESTRADA ) | Trustee: James F. Lisowski, Sr. |
| ) | |
| ) | HEARING DATE:   12/21/2011 |
| Debtors. ) | HEARING TIME:   2:30 p.m. |
| ) | |
| _____ ) | |

**MOTION TO COMPEL ABANDONMENT OF REAL PROPERTY PURSUANT TO 11 U.S.C. §554**

COME NOW, Debtors, CESAR ESTRADA & JAQUELINE ESTRADA, by through their attorney of record, Corey B. Beck, Esq., hereby Motion this Court to obtain an Order to Compel Abandonment of Real Property Pursuant to 11 U.S.C. §554 as follows:

1. Debtors through undersigned counsel are seeking an Order to Abandon Real Property located at 6463 Mahogany Peak Ave. Las Vegas, NV 89110, so that the "short sale" can be effectuated.

**LEGAL ARGUMENT**

**§554. Abandonment of property of the estate.**

b. On request of a party in interest and after notice and a hearing, the court may order the trustee to abandon any property of the estate that is burdensome to the estate or that is of inconsequential value and benefit to the estate.

In the case-at-bar, the 6463 Mahogany Peak Ave. Las Vegas, NV 89110 property is being sold for less than is owed. Schedule D of Debtor's Petition evidences that debtor owes

$419,868.00 (First Mortgage) and $42,248.16 (Second Mortgage) to Bank of America Home Loans. Attached hereto as Exhibit "1" is a true and correct copy of the Residential Purchase Agreement that was issued by Elite Realty on or about August 31, 2011. According to this Statement, the Purchasers have agreed to purchase the Property for $134,100.00. Debtor will not be receiving any proceeds from this sale.

  Therefore, Debtor is requesting abandonment of property as it literally has no value. Thus, under §554 (b), abandonment is proper as this property "is of inconsequential value and benefit to estate".

  **WHEREFORE, DEBTOR,** prays for relief as follows;

1. For an Order Compelling Abandonment of 6463 Mahogany Peak Ave. Las Vegas, NV 89110 pursuant to 11 U.S.C. §554 (b).

Dated this 16th day of November, 2011.

/s/ COREY B. BECK

_____
COREY B. BECK, ESQ.
Nevada Bar No. 005870
425 South 6th Street
Las Vegas, Nevada 89101
(702) 678-1999

Attorney for Debtors